#151731

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In Re: ) Case No. 10-12229
)
Matthew W. Chapman ) Chapter 7
Nayaliya V. Chapman )
Debtors ) Judge Arthur I. Harris

## TRANSMITTAL OF UNCLAIMED FUNDS

TO THE CLERK OF COURT:

The attached check No. 3010 in the amount of $41.85, represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| Great Lakes Educational Loan Service<br>Claims Filing Unit<br>P.O. Box 8973<br>Madison, WI 53708-8973 | 5 | $269.88 | $ 41.85 |

ck 3010

Dated: January 4, 2011

/s/ Sheldon Stein
Sheldon Stein, Trustee

cc: United States Truste

10-12229-aih    Doc 25    FILED 01/20/11    ENTERED 01/20/11 14:58:00    Page 1 of 1